

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2015

No. 04-15-00089-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF G.O.R., JR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0403
Kelly Cross, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order requiring appellant to submit to court-ordered medication. The appellant's brief was originally due to be filed in this appeal on March 19, 2015. Appellant's first motion requesting an extension of time to file the brief was granted in part, extending the deadline for filing to brief to April 8, 2015. The brief has not been filed.

Appellant's attorney is appointed to represent the appellant in this appeal. It is therefore ORDERED that appellant's attorney respond to this court in writing no later than April 20, 2015. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court